IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| RANDALL M. DAVIS | ) | |

## ORDER

Defendant Randall M. Davis has filed a motion to adopt all motions filed by his co-defendants to the extent applicable to him (doc. no. 124). It is not the court's obligation to determine what motions apply to defendant Davis and, if so, why and how. Accordingly, it is ORDERED that said motion (doc. no. 124) is denied and that defendant Davis is allowed until noon on September 27, 2018, to file his own, separate motions and to explain in them why and how the arguments asserted in each support relief in his favor.

DONE, this the 25th day of September, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE