IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:18CR116-MHT |
| ) | |
| G. FORD GILBERT ) | |
| MARTIN J. CONNORS ) | |
| JACK D. WILLIAMS ) | |
| RANDALL M. DAVIS ) | |

**ORDER**

Upon consideration of the Government's Motion to Continue the Evidentiary Hearing Scheduled for October 24, 2018 (Doc. 141), it is

ORDERED that the motion is GRANTED. The evidentiary hearing scheduled in this matter for October 24, 2018, is hereby RESET for October 31, 2018, at 10:30 a.m., in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 17th day of October, 2018.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE