IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 2:18CR116-MHT |
| ) | |
| G. FORD GILBERT ) | |
| MARTIN J. CONNORS ) | |
| RANDALL M. DAVIS ) | |

**ORDER**

On October 31, 2018, the undersigned held an evidentiary hearing on Defendants' Motions to Dismiss (Doc. 123, 125, 126). At the hearing, after offering the testimony of two witnesses concerning the matters outlined in their motions, Defendants indicated that they would rest their motions on the testimony and argument presented at the hearing. In other words, Defendants indicated that they did not require any additional testimony in support of their motions, including two witnesses they had previously subpoenaed to testify at the hearing. Accordingly, it is

ORDERED that Defendant Gilbert's Motion for Order Requiring the Presence of Employees of the U.S. Attorney's Office at Evidentiary Hearing (Doc. 148) and the Government's Motion to Quash Subpoenas (Docs. 150, 151) are DENIED as moot.

DONE this 2nd day of November, 2018.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE