**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | |
| **G. FORD GILBERT,** | ) | |
| **MARTIN J. CONNORS, and** | ) | |
| **RANDALL M. DAVIS** | ) | |

**ORDER**

Based on the representations made on the record on December 11, 2018, it is ORDERED that the amended briefing order (doc. no. 95) is further amended to reflect that the government's pretrial brief is due by December 28, 2018, and the defendants' pretrial briefs are due by January 4, 2019.

DONE, this the 12th day of December, 2018.

                                             **/s/ Myron H. Thompson**
                                             **UNITED STATES DISTRICT JUDGE**