**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | |
| **G. FORD GILBERT,** | ) | |
| **MARTIN J. CONNORS, and** | ) | |
| **RANDALL M. DAVIS** | ) | |

**ORDER**

It is ORDERED that the jury trial of this case will be in recess for January 23, 24, and 25, 2019, for the Johnson Centennial Celebration.

DONE, this the 14th day of December, 2018.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**