RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:18-cr-116-MHT-WC |
| | ) | |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| RANDALL M. DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SEVER DAVIS AND CONTINUE TRIAL (Filed Under Seal)**

Comes Now Defendant Randall M. Davis, by and through counsel, and moves this Court to sever the case against Defendant Randall M. Davis from the main case and to continue the trial set in this matter to begin on January 14, 2018, as to Defendant Randall M. Davis only, and in support of his motion would show the following:

1.      Defendant Randall M. Davis has agreed to cooperate with the government in the prosecution of this case and, if called upon, will testify as a witness for the government in exchange for the government's consideration of his application for pre-trial diversion which will have to be processed and approved in due course.

2.      On the basis of his agreement to cooperate with the government, Defendant Randall M. Davis requests to be excused from additional pre-trial filings such as briefs and motions currently required by this Court's prior orders in this matter in order that he may

avoid the expenditure of additional resources for attorney's fees and expenses associated with trial preparation.

3.    Counsel for Defendant Davis is authorized by counsel for the government to represent to this Court that the government does not oppose this motion.

Respectfully submitted this 31st day of December, 2018.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (ASB-0364-r79a)

Counsel for Defendant Randall M. Davis

**OF COUNSEL:**

**RYALS & AGRICOLA, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290 P
(334) 834-5297 F
aagricola@rdafirm.com

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing instrument via electronic filing or by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the 31st day of December, 2018:

Jonathan S. Ross, Esq.
Joshua J. Wendell, Esq.
Asst. U.S. Attorneys
131 Clayton Street
Montgomery, AL 36104

Richard S. Jaffe, Esq.
Michael P. Hanle, Esq.
Michael W. Whisonant, Jr., Esq.
Brett Knight, Esq.
Jaffe, Hanle Whisonant & Knight, P.C.
2320 Arlington Avenue S.
Birmingham, AL 35205

William M. Espy, Esq.
Joseph C. Espy, III, Esq.
Benjamin J. Espy, Esq.
Melton Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103

/s Algert S. Agricola, Jr.
**OF COUNSEL**

M:\General Litigation\Davis, Randy\US v. Davis\Pleading\Davis Motion to Sever Davis & Continue Trial 12-31-18.wpd