IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | CR. NO. 2:18-cr-116-MHT-WC |
| ) | |
| **G. FORD GILBERT,** ) | |
| **MARTIN J. CONNORS, and** ) | |
| **RANDALL M. DAVIS,** ) | |
| ) | |
| **Defendants.** ) | |

NOTICE OF WITHDRAWAL OF RANDALL M. DAVIS'S
MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT
AND MOTION TO BE EXCUSED FROM HEARING ON JANUARY 10, 2019

Comes Now Defendant Randall M. Davis, by and through counsel, and, hereby withdraws his Motion to Dismiss Indictment for Prosecutorial Misconduct [Doc. 123]. Defendant Davis further moves the Court to excuse him from attending the hearing on said motions set for January 10, 2019.

Respectfully submitted this 3d day of January, 2019.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (ASB-0364-r79a)
Counsel for Randall M. Davis

**OF COUNSEL:**

**RYALS & AGRICOLA, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290 P
(334) 834-5297 F
aagricola@rdafirm.com

## CERTIFICATE OF SERVICE

  I hereby certify I have served a copy of the foregoing instrument via electronic filing or by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the 3d day of January, 2019:

Jonathan S. Ross, Esq.
Joshua J. Wendell, Esq.
Asst. U.S. Attorneys
131 Clayton Street
Montgomery, AL 36104

Richard S. Jaffe, Esq.
Michael P. Hanle, Esq.
Michael W. Whisonant, Jr., Esq.
Brett Knight, Esq.
Jaffe, Hanle Whisonant & Knight, P.C.
2320 Arlington Avenue S.
Birmingham, AL 35205

William M. Espy, Esq.
Joseph C. Espy, III, Esq.
Benjamin J. Espy, Esq.
Melton Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103

        **/s Algert S. Agricola, Jr.**
        **OF COUNSEL**

M:\General Litigation\Davis, Randy\US v. Davis\Pleading\Davis's Notice of Withdrawal of Mtn to Dismiss 01-03-19.wpd