**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:18cr116-MHT
                            )
RANDALL M. DAVIS            )
```

**ORDER**

Based on the representations made on the record during the status conference today, based on the notice of withdrawal (doc. no. 202), it is ORDERED that defendant Randall M. Davis's motion to dismiss (doc. no. 123) is withdrawn.

DONE, this the 4th day of January, 2019.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE