IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | |
| MARTIN J. CONNORS and | ) | |
| RANDALL M. DAVIS | ) | |

## ORDER

Based on the agreement of the parties made on the record during the status conference today, it is ORDERED that the motions to sever and continue trial (doc. nos. 194 and 204), filed by defendants Randall M. Davis and Martin J. Connors, are unsealed.

DONE, this the 4th day of January, 2019.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE