**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | |
| **RANDALL M. DAVIS** | ) | |

**ORDER**

Because of a scheduling conflict, it is ORDERED that the jury selection and trial, now set for April 15, 2019, are reset for April 8, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of January, 2019.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**