IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | **(WO)** |
| **RANDALL M. DAVIS** | ) | |

**PRETRIAL DIVERSION ORDER**

Upon consideration of defendant Randall M. Davis's acceptance into the Pretrial Diversion Program and of the joint motion for approval of pretrial diversion (doc. no. 234), and based on the representations made on the record on April 5, 2019, it is ORDERED as follows:

(1) Said motion is granted.

(2) The jury selection and trial of defendant Randall M. Davis are continued generally. The indictment will remain pending against defendant Davis.

(3) The Speedy Trial Act is tolled pursuant to 18 U.S.C. § 3161(h)(2) based on the finding that the ends of justice served by continuing this case outweigh

the best interest of the public and defendant Davis in a speedy trial, *see* 18 U.S.C. § 3161(h)(7)(A).

(4) The clerk of the court is to close this case against defendant Davis as of today's date, pursuant to the Criminal Statistical Reporting Guide of the Administrative Office of Courts Statistical Division.

(5) Upon completion or termination of pretrial diversion, the court will enter further orders regarding the charges against defendant Davis.

DONE, this the 8th day of April, 2019.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**