IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| RANDALL M. DAVIS | ) | |

## ORDER

Upon consideration of the government's motion to strike forfeiture allegations 1 and 2 from the superseding indictment (doc. no. 69), it is ORDERED that the motion (doc. no. 245) is granted.

DONE, this the 9th day of May, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE