IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| RANDALL M. DAVIS | ) | |

**JUDGMENT**

Because defendant Randall M. Davis has successfully completed the Pretrial Diversion Program, it is ORDERED that the government's motion to dismiss the superseding indictment against defendant Davis (doc. no. 261) is granted; the superseding indictment (doc. no. 69) is dismissed with prejudice as to defendant Randall M. Davis; and defendant Davis is discharged.

DONE, this the 31st day of March, 2020.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE